# Exhibit A

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

HF Sinclair Refining & Marketing
LLC and HF Sinclair Parco Refining
LLC,

          *Petitioners*,

    v.

Environmental Protection Agency,

          *Respondent*.

Case No. 25-1197

## DECLARATION OF MIKE REMY

I, Mike Remy, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I am Mike Remy, Renewable Fuels Manager at HF Sinclair Corporation, the corporate parent of both HF Sinclair Refining & Marketing LLC and HF Sinclair Parco Refining LLC. In that role, I am responsible for managing the trading of Renewable Identification Numbers (RINs) for HF Sinclair Refining & Marketing LLC to satisfy Renewable Volume Obligations (RVOs) of all refinery subsidiaries of HF Sinclair Corporation, including HF Sinclair Parco Refining LLC.

2. From 2014 to 2022, HF Sinclair Parco Refining LLC never exceeded an average daily throughput of 75,000 barrels of crude oil per day.

3. In 2025, HF Sinclair Refining & Marketing LLC petitioned for a small refinery exemption for HF Sinclair Parco Refining LLC's 2024 compliance obligations under the Renewable Fuel Standard.

4. After EPA denied that petition, HF Sinclair Refining & Marketing LLC filed a small refinery exemption petition on behalf of HF Sinclair Parco Refining LLC for the 2023 compliance year and explained that the refinery's average aggregate daily crude oil throughput in 2023 was less than 75,000 barrels. That petition remains pending before EPA.

5. HF Sinclair Refining & Marketing LLC is required to satisfy HF Sinclair Parco Refining LLC's RVOs for calendar year 2024 by December 1, 2025. The cost of compliance for Parco's RVOs for calendar year 2024 exceeds $50 million.

Dated: October 7, 2025

*Mike Remy*
_____
Mike Remy

2