

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

Matthew Morrison
Tel: +1.202.663.8036
matthew.morrison@pillsburylaw.com

December 15, 2025

Clifton Cislak, Clerk
United States Court of Appeals
District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: *Alon Refining Krotz Springs v. EPA*, No. 25-1187 (consolidated)

Dear Mr. Cislak:

These consolidated cases were initially consolidated with *REH Co. v. EPA*, No. 25-1180, and numerous other cases seeking this Court's review of the United States Environmental Protection Agency's final action entitled "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," EPA-420-R-25-010 ("August 2025 SRE Decisions"). *See* ECF #2135540 (Sept. 18, 2025); ECF #2138040 (Oct. 1, 2025). The Court subsequently severed these cases from *REH*, referred RFA's motion to intervene to the merits panels for both *REH* and this case, and invited RFA to lodge a merits brief as movant-intervenor in both *REH* and this case. ECF #2146228 (Nov. 19, 2025).

I write to inform the Court that the Renewable Fuels Association (RFA) does not intend to participate in these consolidated cases – Nos. 25-1187 and 25-1197 – and that its motion to intervene in these cases is, in effect, withdrawn.

RFA further wishes to confirm to the Court that it still desires to participate in *REH*, No. 25-1180 (and all cases still consolidated therewith). Accordingly, RFA does not withdraw its motion to intervene in *REH* (and consolidated cases).

Dated: December 15, 2025

Respectfully submitted,

/s/ *Matthew W. Morrison*

*Counsel for Renewable Fuels Association*

cc: all counsel via ECF

www.pillsburylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 15, 2025

Respectfully submitted,

/s/ *Matthew W. Morrison*
Matthew W. Morrison

*Counsel for Renewable Fuels Association*