# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1187**                                    **September Term, 2025**

**EPA-90FR41829**

**Filed On:**  July 24, 2026

Alon Refining Krotz Springs, Inc.,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1197

**BEFORE:**    Srinivasan, Chief Judge, and Rao and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion to enforce the mandate, it is

**ORDERED** that respondent file a response to the motion by 5:00 p.m. on Tuesday, July 28, 2026.  Petitioner may file a reply by 5:00 p.m. on Thursday, July 30, 2026.

### Per Curiam

             **FOR THE COURT:**
             Clifton B. Cislak, Clerk

        BY:    /s/
             Selena R. Gancasz
             Deputy Clerk